UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY,<br><br>                Plaintiff,<br><br>        v.<br><br>J. PETERSON, et al.,<br><br>                Defendants. | No. 2:17-cv-2220 AC P<br><br><br>ORDER |

By order filed January 12, 2021, the undersigned screened the complaint and gave plaintiff the option of either amending the complaint or proceeding on the complaint as screened. ECF No. 14.  Plaintiff chose to proceed on the complaint as screened and voluntarily dismissed the claims against defendants Barker and Dutton.  ECF No. 18.  He has now filed a motion for leave to amend the complaint to re-allege claims against these defendants.  ECF No. 23.

The claims against Barker and Dutton were dismissed without prejudice.  ECF No. 19. Plaintiff is therefore free to attempt to amend the complaint to allege claims against them. However, the motion to amend does not include a copy of the proposed amended complaint and will therefore be denied.  Any further motion to amend the complaint must have a copy of the proposed amended complaint attached.

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend the complaint, ECF No. 23, is DENIED without prejudice to a motion in the proper form.

DATED: February 9, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE