UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY, | No. 2:17-cv-2220 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. PERTERSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for clarification asking why he is being charged a filing fee for two cases when he only has one case. ECF No. 34. Based on the information provided by plaintiff, it appears the second case he is being charged for is <u>Carraway v. Lazar</u>, 2:12-cv-9483 DMG JCG, which was filed in the U.S. District Court for the Northern District of California. If plaintiff believes those charges to be in error, he will need to request relief in that case.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification, ECF No. 34, is GRANTED to the extent set forth above.

DATED: March 23, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE