UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>J. PERTERSON, et al.,<br><br>  Defendants. | No. 2:17-cv-2220 AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed motions for relief from a second filing fee and for status. ECF Nos. 37, 38. In the motions he requests that the "second" charge on his trust account be removed and his money returned and that he be provided with the status of Case No. 12-cv-9483. Id. Both motions appear to be related to Carraway v. Lazar, 2:12-cv-9483 DMG JCG, which was filed in the United States District Court for the Northern District of California. As this court previously advised, if plaintiff believes the charges related to that case are in error, he must request relief in that case. Similarly, any requests for the status of that case must also be filed in that case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for relief from a second filing fee, ECF No. 37, is DENIED.

////

////

1

2. Plaintiff's request for status, ECF No. 38, is DENIED.

DATED: April 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE