UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. PETERSON, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2220 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed and that the court determine whether his attached administrative appeal is sufficient to exhaust his administrative remedies. ECF No. 45. Plaintiff's request to dismiss the case will be honored. However, the request to determine whether plaintiff has exhausted his administrative remedies will be denied. The court may not issue advisory opinions.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request that the court determine whether he has exhausted his administrative remedies, ECF No. 45, is DENIED.

2. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED: May 12, 2021

　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE